| | |
|---|---|
| 1 | MICHAEL S. BURKE (SBN 150062) |
| | VOGL & MEREDITH |
| 2 | 456 Montgomery Street, 20th Floor |
| | San Francisco, CA 94104 |
| 3 | (415)398-0200 |
| | (415)398-2820 Facsimile |
| 4 | |
| 5 | Attorneys for Defendants, WOODFIN SUITE HOTELS, LLC; HARDAGE HOTELS III, LLC, d.b.a. WOODFIN SUITE HOTEL EMERYVILLE; and HARDAGE HOTELS III, LLC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ROBERT McCARTHY | ) | CASE NUMBER: **C 06 0949 MEJ** |
| Plaintiff, | ) | JUDGE: Hon. Maria-Elena James |
| vs. | ) | **STIPULATION AND ORDER TO EXTEND DATES FOR RESPONSIVE PLEADING AND ADA COURT SCHEDULING** |
| HARDAGE HOTELS III, LLC, d.b.a. WOODFIN SUITE HOTEL EMERYVILLE; WOODFIN SUITE HOTELS, LLC; HARDAGE HOTELS III, LLC; and DOES 1-10 inclusive, | ) | |
| Defendants. | ) | |

The parties, by and through their respective counsel of record, hereby stipulate as follows:

1. That due to the recent service (May 1, 2006) of summons and complaint on defendant Woodfin Suites Hotels, LLC, as well as to complications involving insurance coverage and obtaining counsel, Defendants require more time to conduct a preliminary investigation of the Americans with Disabilities Act allegations made, and to inspect the site with an expert;

2. That as a result, counsel for Plaintiff has agreed to extend the time for Defendants to file and serve a responsive pleading to and including June 8, 2006;

1

**STIPULATION AND ORDER TO EXTEND DATES FOR RESPONSIVE PLEADING AND ADA COURT SCHEDULING**

1  3.   That in light of the foregoing, counsel for all parties agree that the following deadlines in
2       the court order re Americans with Disabilities Act cases be extended as set forth below:
3       a) FRCP Rule 26 disclosures: June 8;
4       b) Last day for joint site inspection: from May 24 to June 15, 2006; and
5       c) All other dates shall flow from these new dates accordingly as set forth in the court's
6       order re scheduling.
7  IT IS SO STIPULATED.
8  Dated: May 18, 2006.                              VOGL & MEREDITH

                                                    By: _____
                                                    MICHAEL S. BURKE
                                                    Attorneys for Defendants,
                                                    WOODFIN SUITE HOTELS, LLC,
                                                    HARDAGE HOTELS III, LLC, d.b.a.
                                                    WOODFIN SUITE HOTEL
                                                    EMERYVILLE, HARDAGE HOTELS III,
                                                    LLC.

15 Dated: May 18, 2006.                             PINNOCK & WAKEFIELD, A.P.C.

                                                    By: _____
                                                    DAVID WAKEFIELD
                                                    Attorneys for Plaintiff,
                                                    ROBERT McCARTHY

21 IT IS SO ORDERED.

23 Dated: __May 30__, 2006
                                                    _____
                                                    U.S. D[istrict Judge]
                                                    Judge Maria-Elena James

                                    2

**STIPULATION AND ORDER TO EXTEND DATES FOR RESPONSIVE PLEADING AND ADA COURT SCHEDULING**