**PINNOCK & WAKEFIELD, A.P.C.**
David C. Wakefield, Esq.     Bar #: 185736
Theodore A. Pinnock, Esq.    Bar #: 153434
3033 Fifth Avenue, Suite 410
San Diego, CA  92103
Telephone: (619) 858-3671
Facsimile: (619) 858-3646

Attorneys for Plaintiff

Michael S. Burke, Esq.
VOGL & MEREDITH
456 Montgomery Street, 20th Floor
San Francisco, California 94104
Telephone:  415.398.0200
Facsimile:   415.398.2820
Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT MCCARTHY<br><br>            Plaintiff,<br>v.<br><br>HARDAGE HOTELS III, LLC, d.b.a. WOODFIN SUITE HOTEL - EMERYVILLE; WOODFIN SUITE HOTELS, LLC; HARDAGE HOTELS III, LLC;  And DOES 1 THROUGH 10, Inclusive,<br><br>         Defendants. | Case No.: C 06-0949 MEJ<br><br>STIPULATED DISMISSAL AND DISMISSAL WITH PREJUDICE OF ALL DEFENDANTS FROM PLAINTIFF'S COMPLAINT AND PLAINTIFFS' COMPLAINT IN ITS ENTIRETY  AND ORDER THEREON.<br><br>ORDER CLOSING FILE<br><br>[Fed.R.Civ.P. Rule 41(a)(2)] |

   **IT IS HEREBY STIPULATED** by and between **ROBERT MCCARTHY,** Plaintiff, on the one hand, and Defendants **HARDAGE HOTELS III, LLC, d.b.a. WOODFIN SUITE HOTEL - EMERYVILLE; WOODFIN SUITE HOTELS, LLC; and HARDAGE HOTELS III, LLC,** on the other hand, through their respective attorneys of record that, pursuant to Federal

                                                             1          Case Number: C06-0949 MEJ

Document Date: June 29, 2006

Rules of Civil Procedure, Rule 41 (a)(1) and (2), this Court enter a dismissal with prejudice of Defendants **HARDAGE HOTELS III, LLC, d.b.a. WOODFIN SUITE HOTEL - EMERYVILLE; WOODFIN SUITE HOTELS, LLC; and HARDAGE HOTELS III, LLC,** from Plaintiff's Complaint, Case Number C06-0949 MEJ. Additionally, Plaintiffs request that the Complaint be dismissed with prejudice in its entirety.

**IT IS SO STIPULATED.**

Dated: _____, 2006        **PINNOCK & WAKEFIELD, A.P.C.**

By: _____
DAVID C. WAKEFIELD, ESQ.
Attorneys for Plaintiff

Dated: 6/30, 2006        **VOGL & MEREDITH**

By: _____
Michael S. Burke, Esq.
Attorney for Defendants

## ORDER ON NOTICE OF DISMISSAL WITH PREJUDICE OF ALL DEFENDANTS AND PLAINTIFFS' COMPLAINT IN ITS ENTIRETY

IT IS HEREBY ORDERED that Defendants **HARDAGE HOTELS III, LLC, d.b.a. WOODFIN SUITE HOTEL - EMERYVILLE; WOODFIN SUITE HOTELS, LLC; and HARDAGE HOTELS III, LLC,** are dismissed with prejudice from Plaintiff's Complaint, Case Number C06-0949 MEJ. Additionally, Plaintiff's Complaint be dismissed with prejudice in its entirety.

**IT IS SO ORDERED.**

Dated: _____
_____
HONORABLE MARIA-ELENA JAMES
UNITED STATES DISTRICT COURT JUDGE

Document Date: June 29, 2006

1 | Rules of Civil Procedure, Rule 41 (a)(1) and (2), this Court enter a dismissal with prejudice of
2 | Defendants **HARDAGE HOTELS III, LLC, d.b.a. WOODFIN SUITE HOTEL -**
3 | **EMERYVILLE; WOODFIN SUITE HOTELS, LLC; and HARDAGE HOTELS III, LLC,**
4 | from Plaintiff's Complaint, Case Number C06-0949 MEJ.  Additionally, Plaintiffs request that
5 | the Complaint be dismissed with prejudice in its entirety.

**IT IS SO STIPULATED.**

Dated: July 18, 2006            **PINNOCK & WAKEFIELD, A.P.C.**

                               By: /s/ David C. Wakefield
                                   DAVID C. WAKEFIELD, ESQ.
                                   Attorneys for Plaintiff

Dated: _____, 2006       **VOGL & MEREDITH**

                               By: _____
                                   Michael S. Burke, Esq.
                                   Attorney for Defendants

### ORDER ON NOTICE OF DISMISSAL WITH PREJUDICE OF ALL DEFENDANTS AND PLAINTIFFS' COMPLAINT IN ITS ENTIRETY

**IT IS HEREBY ORDERED** that Defendants **HARDAGE HOTELS III, LLC, d.b.a. WOODFIN SUITE HOTEL - EMERYVILLE; WOODFIN SUITE HOTELS, LLC; and HARDAGE HOTELS III, LLC,** are dismissed with prejudice from Plaintiff's Complaint, Case Number C06-0949 MEJ.  Additionally, Plaintiff's Complaint be dismissed with prejudice in its entirety.   It is FURTHER ORDERED that the Clerk of Court shall close the file.

**IT IS SO ORDERED.**

Dated: July 19, 2006            _____
                                HONORABLE MARIA-ELENA JAMES
                                UNITED STATES DISTRICT JUDGE

[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — Judge Maria-Elena James]

Case Number: C06-0949 MEJ

Document Date: June 29, 2006

1 | **PINNOCK & WAKEFIELD, A.P.C.**
David C. Wakefield, Esq.    Bar #: 185736
2 | Theodore A. Pinnock, Esq.  Bar #: 153434
3033 Fifth Avenue, Suite 410
3 | San Diego, CA 92103
Telephone: (619) 858-3671
4 | Facsimile: (619) 858-3646

5 | Attorneys for Plaintiff

6 | Michael S. Burke, Esq.
7 | VOGL & MEREDITH
456 Montgomery Street, 20th Floor
8 | San Francisco, California 94104
Telephone: 415.398.0200
9 | Facsimile: 415.398.2820
10 | Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| ROBERT MCCARTHY | Case No.: C06-0949 MEJ |
|---|---|
| Plaintiff, v. | PROOF OF SERVICE VIA UNITED STATES MAIL |
| HARDAGE HOTELS III, LLC, d.b.a. WOODFIN SUITE HOTEL - EMERYVILLE; WOODFIN SUITE HOTELS, LLC; HARDAGE HOTELS III, LLC; And DOES 1 THROUGH 10, Inclusive, | [Fed.R.Civ.P. 6(e)] |
| Defendants. | |

**STATE OF CALIFORNIA, COUNTY OF SAN DIEGO**

I am employed in the County of San Diego, State of California. I am over the age of 18 and not a party to the within action; my business address is 3033 Fifth Avenue, Suite 410, San Diego, California, 92103.

1        Case Number: C06-0949 MEJ

Document Date: June 29, 2006

1  On this date, I served the following document(s) described as: STIPULATED
2  DISMISSAL AND DISMISSAL WITH PREJUDICE OF ALL DEFENDANTS FROM
3  PLAINTIFF'S COMPLAINT AND PLAINTIFFS' COMPLAINT IN ITS ENTIRETY AND
4  ORDER THEREON on the following Defendants by:

5  _____ placing  _____ the original  __X___ a true copy
6  thereof enclosed in sealed enveloped addressed as stated below.

Michael S. Burke, Esq.
Vogl & Meredith
456 Montgomery Street, 20th Floor
San Francisco, CA  94104
**ATTORNEYS FOR ALL DEFENDANTS**

__X__ **BY MAIL:** I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on the same day with postage thereon fully prepaid, mailed at San Diego, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

_____ **BY UNITED STATES EXPRESS MAIL:** I am readily familiar with the firm's practice of collection and processing correspondence for mailing with the United Postal Service, Express Mail Division. Under that practice, it would be deposited with the U.S. Postal Service, Express Mail Division on the same day with postage thereon fully prepaid, mailed at San Diego, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit. The United States Postal Service Express Mail Tracking Number is printed immediately under the party or representative served.

_____ **BY PERSONAL SERVICE:** I caused such envelope to be delivered by hand to the offices of the addressee.

                                    2          Case Number: C06-0949 MEJ

Document Date: June 29, 2006

1
2        \_\_\_\_\_ **BY FACSIMILE TRANSMISSION:** From FAX No. (619) 858-3646 to the
3  facsimile numbers listed above on the mailing list.  The facsimile machine I used complied with
4  Rule 6 (e), and no error was reported by the machine.
5
6        \_\_\_\_\_ **STATE:** I declare under penalty of perjury, under the laws of the State of
7  California, that the foregoing is true and correct.
8        \_\_X\_\_ **FEDERAL:** I declare that I am employed in the office of a member of the Bar of
9  this Court, at whose direction this service was made.
10
11        **EXECUTED** on July 18, 2006, at San Diego, California.
12
13
14
15                                      David C. Wakefield
16
...
28

3        Case Number: C06-0949 MEJ

Document Date: June 29, 2006